UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SIM F. SUTTERBY, II,

      Plaintiff,

                                                                Case No.: 6:18-cv-1142-Orl-37LRH

v.

NAVIENT SOLUTIONS, LLC,

      Defendant.

_____/

**NOTICE OF PENDING SETTLEMENT**

      Defendant, Navient Solutions, LLC (NSL), through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents.  Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: March 18, 2019

                                                               Respectfully submitted,

                                                               */s/ Michael P. Schuette*
                                                               Michael P. Schuette, Esq.
                                                               Florida Bar No. 0106181
                                                               Dayle M. Van Hoose, Esq.
                                                               Florida Bar No. 0016277
                                                               Sessions, Fishman, Nathan & Israel, L.L.C.
                                                              3350 Buschwood Park Drive, Suite 195
                                                              Tampa, Florida 33618
                                                              Telephone: (813) 890-2460
                                                              Facsimile: (877) 334-0661
                                                              mschuette@sessions.legal
                                                              dvanhoose@sessions.legal

*Attorneys for Defendant,*
*Navient Solutions, LLC*

## CERTIFICATE OF SERVICE

I certify that on this 18th day of March 2019, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Joshua R. Kersey, Esq.
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
jkersey@forthepeople.com

*/s/ Michael P. Schuette*
Attorney